**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2199**

_____

In re:  CHASE CARMEN HUNTER,

                    Petitioner.

_____

On Petition for Writ of Mandamus.
(No. 3:14-cv-00704-REP)

_____

Submitted:  December 16, 2014      Decided:  December 18, 2014

_____

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Chase Carmen Hunter, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chase Carmen Hunter petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on her motion for a temporary restraining order. She seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We also deny Hunter's motion for an injunction pending disposition of this petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2